JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ZARAGOZA,, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 2:23-CV-00076-JLS <br> Case No. 8:18-CR-00017-JLS <br><br> **JUDGMENT** |

IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

The Clerk shall close the case.

Dated: May 30, 2023

JOSEPHINE L. STATON
The Hon. Josephine L. Staton
United States District Judge

1